JUDGE SULLIVAN

Charles E. Dorkey III (CD-8422)
Timothy J. Plunkett (TP-6060)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendants Sandoz Inc.
and Novartis Pharmaceuticals Corporation*

08 CV 6993 (RJS)(DF)

ECF CASE

RECEIVED
AUG 05 2008
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN MONSUE, as Administratrix of the Estate of CLYDE MONSUE, Deceased,<br><br>                              Plaintiff,<br><br>-against-<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC, EON LABS, INC., SANDOZ INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                              Defendants. | Civil Action No.:<br><br>(Removed from:<br>**Supreme Court State of New York,<br>County of New York<br>Index #: 08/150129)** |

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
### SANDOZ INC. AND NOVARTIS PHARMACEUTICALS CORPORATION

Defendants Sandoz Inc. and Novartis Pharmaceuticals Corporation, through undersigned counsel, make the following disclosures as required by Federal Rule of Civil Procedure 7.1:

Sandoz Inc. and Novartis Pharmaceuticals Corporation are ultimately owned by Novartis AG (NVS), which is a publicly traded entity listed on the Swiss stock exchange and traded on the

SEAQ International, London. Since May 11, 2000, shares of Novartis AG (NVS) are also available in the form of ADS's (American Depositary Shares) on the New York Stock Exchange.

Dated: August 5, 2008                              Respectfully Submitted,

McKENNA LONG & ALDRIDGE LLP

By: _____

Charles E. Dorkey III (CD-8422)
Timothy J. Plunkett (TP-6060)
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*-and-*

Ray M. Aragon, Esq.
Lisa M. Norrett, Esq.
1900 K Street NW
Washington, DC 20006
(202) 496-7500
(202) 496-7756 (facsimile)

*Attorneys for Defendants
Sandoz Inc. and Novartis Pharmaceuticals
Corporation*