Charles E. Dorkey III (CD-8422)
Timothy J. Plunkett (TP-6060)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendants Sandoz Inc.*
*and Novartis Pharmaceuticals Corporation*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANN MONSUE, as Administratrix of the Estate of CLYDE MONSUE, Deceased,<br><br>Plaintiff,<br><br>-against-<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC, EON LABS, INC., SANDOZ INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>Defendants. | Civil Action No.:<br><br>(Removed from:<br>**Supreme Court State of New York,**<br>**County of New York**<br>**Index #: 08/150129)**<br><br>ECF CASE<br><br>08 CV 6993 (RJS)(DF) |

### NOTICE OF TAG-ALONG ACTION

PLEASE TAKE NOTICE THAT on October 26, 2004, the Judicial Panel on Multidistrict Litigation (the "Panel") entered an order transferring 27 Neurontin marketing, sales practices, and product liability cases pending in the federal courts to the United States District Court for the District of Massachusetts, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Transfer Order"). *See* MDL 1629, *In re Neurontin Marketing, Sales Practice and Products Liability Litigation* (D. Mass.).

The MDL Transfer Order also applies to "tag-along actions," actions pending in federal district courts and involving common questions of fact with actions previously transferred under Section 1407.

The undersigned is notifying the Clerk of the Panel that this case is a potential tag-along action, which may be subject to transfer to MDL 1629.

Dated: August 5, 2008                             Respectfully Submitted,

McKENNA LONG & ALDRIDGE LLP

By: _____

Charles E. Dorkey III (CD-8422)
Timothy J. Plunkett (TP-6060)
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*-and-*

Ray M. Aragon, Esq.
Lisa M. Norrett, Esq.
1900 K Street NW
Washington, DC 20006
(202) 496-7500
(202) 496-7756 (facsimile)

*Attorneys for Defendants*
*Sandoz Inc. and Novartis Pharmaceuticals Corporation*