**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANN MONSUE, as Administratrix of the Estate of CLYDE MONSUE, Deceased,<br><br>           Plaintiff,<br><br>  -against-<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC, EON LABS, INC., SANDOZ INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>           Defendants. | 08 Civ. 6993 (RJS) (DF)<br><br>ECF Case<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
           ) ss:
COUNTY OF NEW YORK )

  ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

  That on the 5th day of August, 2008, deponent served, by U.S. Mail, a true and correct copy of **(1) NOTICE OF REMOVAL OF DEFENDANTS SANDOZ INC. AND NOVARTIS PHARMACEUTICALS CORPORATION; (2) NOTICE OF TAG-ALONG ACTION; and (3) RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS SANDOZ INC. AND NOVARTIS PHARMACEUTICALS CORPORATION** upon the following:

    **Andrew J. Finkelstein, Esq.**
    Finkelstein & Partners, LLP
    436 Robinson Avenue
    Newburgh, NY  12550

**Beth L. Kaufman, Esq.**
Schoeman, Updike & Kaufman, LLP
60 E. 42nd Street
New York, NY 10165

the addresses designated by said persons for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

Sworn to before me this
11th day of August, 2008

NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2009

NY:12052644