**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANN MONSUE, as Administratrix of the Estate of CLYDE MONSUE, Deceased,<br><br>                              Plaintiff,<br><br>-against-<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC, EON LABS, INC., SANDOZ INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>                            Defendants. | 08 Civ. 6993 (RJS) (DF)<br><br>ECF Case<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                                 ) ss:
COUNTY OF NEW YORK  )

      ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

      That on the 6th day of August, 2008, deponent served, by U.S. Mail, a true and correct copy of **CIVIL COVER SHEET** upon the following:

                **Andrew J. Finkelstein, Esq.**
                Finkelstein & Partners, LLP
                436 Robinson Avenue
                Newburgh, NY 12550

                **Beth L. Kaufman, Esq.**
                Schoeman, Updike & Kaufman, LLP
                60 E. 42nd Street
                New York, NY 10165

the addresses designated by said persons for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

*[signature]*

Sworn to before me this
11th day of August, 2008

*[signature]*
NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2014

NY:12052644