UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANN MONSUE, as Administratrix of the
Estate of CLYDE MONSUE, Deceased,

                                  Plaintiff,

-against-

PFIZER INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT
COMPANY, WARNER LAMBERT COMPANY
LLC, EON LABS, INC., SANDOZ INC. and
NOVARTIS PHARMACEUTICALS
CORPORATION,

                                  Defendants.

08 Civ. 6993 (RJS) (DF)

ECF Case

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK    )
                                ) ss:
COUNTY OF NEW YORK  )

ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

That on the 12th day of August, 2008, deponent served, by U.S. Mail, a true and correct copy of **ANSWER, AFFIRMATIVE DEFENSES, AND JURY DEMAND OF DEFENDANTS EON LABS, INC. AND SANDOZ INC.** upon the following:

    **Andrew J. Finkelstein, Esq.**
    Finkelstein & Partners, LLP
    436 Robinson Avenue
    Newburgh, NY 12550

    **Beth L. Kaufman, Esq.**
    Schoeman, Updike & Kaufman, LLP
    60 E. 42nd Street
    New York, NY 10165

the addresses designated by said persons for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

*[Signature]*

Sworn to before me this
13th day of August, 2008

*[Signature]*
NOTARY PUBLIC

NY:12052654.3

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2009