**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANN MONSUE, as Administratrix of the Estate of CLYDE MONSUE, Deceased,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER LAMBERT COMPANY LLC, EON LABS, INC., SANDOZ INC. and NOVARTIS PHARMACEUTICALS CORPORATION,<br><br>　　　　　　　　　　　　　　Defendants. | 08 Civ. 6993 (RJS) (DF)<br><br>ECF Case<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK　　)
　　　　　　　　　　　　) ss:
COUNTY OF NEW YORK　)

　　ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

　　That on the 25th day of August, 2008, deponent served, by Federal Express, a true and correct copy of **STATE COURT RECORDS AND PROCEEDINGS PURSUANT TO LOCAL RULE 81** upon the following:

> **Andrew J. Finkelstein, Esq.**
> Finkelstein & Partners, LLP
> 436 Robinson Avenue
> Newburgh, NY  12550
>
> **Beth L. Kaufman, Esq.**
> Schoeman, Updike & Kaufman, LLP
> 60 E. 42nd Street
> New York, NY  10165

the addresses designated by said persons for that purpose, by delivering the same enclosed in a pre-paid Federal Express box in a Federal Express depository under the exclusive care of Federal Express.

_____

Sworn to before me this
26th day of August, 2008

_____
NOTARY PUBLIC

NY:12052802

JOANNE SARLO
NOTARY PUBLIC, State of New York
No. 01SA4831775
Qualified in Kings County
Commission Expires August 31, 2014